**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MANUEL ORTEGA GARCIA, a/k/a MANUEL ORTEGA, on behalf of himself and all other Plaintiffs similarly situated, known and unknown, | |
| | Case No. 16-cv-11261 |
| Plaintiff, | Honorable Edmond E. Chang, Judge Presiding |
| v. | |
| NATIONAL RESTORATIONS, INC., an Illinois corporation, DESIGN, INSTALLATION SYSTEMS, INC., an Illinois corporation, and MICHAEL A. TRACY, an individual, | Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

**STIPULATION FOR DISMISSAL**

THIS MATTER COMING ON TO BE HEARD UPON STIPULATION FOR DISMISSAL; the Court being advised in the premises that the parties are in agreement as to the settlement of all facts and issues in connection with this matter:

IT IS HEREBY ORDERED as follows:  That this matter be and is hereby dismissed, with prejudice, each party to bear his or its own costs.

| For the Plaintiff, | For the Defendants, |
|---|---|
| /s/ Timothy M. Nolan | /s/ Edward W. Bergmann |
| _____ | _____ |
| One of the attorneys for Plaintiff | One of the attorneys for Defendants |

Dated…………………………………, 2017

ENTER_____